**ORIGINAL**

SEND

FILED
CLERK, U.S. DISTRICT COURT
AUG - 5 2004
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| Plaintiff(s), v. | CV 04-5352 NM (JTLx) |
| Lynda Wall | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Cases) |
| Defendant(s). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

X ___8/4/04___     ___Dean D. Pregerson___
Date                United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of General Order 224.

IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge ___Pregerson___ for all further proceedings.

___8/4/04___     ___Nora M. Manella___
Date              United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to/from my calendar for the reasons set forth: _____

_____

Date                United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL:** Case CV 03-8406 DDP (MANx) and the present case:
- X A. appear to arise from the same or substantially identical transactions, happenings or events.
- ☐ B. involve the same or substantially the same parties or property.
- ☐ C. involve the same patent, trademark or copyright.
- X D. call for determination of the same or substantially identical questions of law and fact.
- X E. likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**NOTICE TO COUNSEL FROM CLERK:**
Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge ___Lum___ to Magistrate Judge ___Nagle___.

On all documents subsequently filed in this case, please substitute the initials DDP(MANx) after the case number in place of the initials of the prior judge, so that the case number will read ___CV 04-5352 DDP (MANx)___. This is very important because documents are routed to the assigned judges by means of these initials.

Subsequent documents must be filed at the  X Western  ☐ Southern  ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.

CV-34 (07/03)    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Cases)   ENTERED ON CM 8/5/04
AUG - 5 2004