# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

_____ Send
_____ Clsd
_____ Enter
_____ JS-5/JS-6
_____ JS-2/JS-3

## CIVIL MINUTES - GENERAL

Case No.    CV 04-05352 DDP (MANx)                    Date    May 16, 2005

Title    UNITED STATES OF AMERICA -V- LYNDA WALL

Present: The Honorable   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

Gregory E. Van Hoey - telephonic                    Steve Escovar,  Stand-by Counsel

Proceedings:

STATUS CONFERENCE RE: CONTEMPT (COURT ORDERED 04-25-05)

There is no appearance by the defendant, Lynda Wall.

Court hears case and contact status from Government's counsel and Stand-by Counsel.

The Court orders an arrest warrant to be issued for the defendant.

DOCKETED ON CM
MAY 17 2005
BY 012

00 : 10

Initials of Preparer



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | |
|---|---|
| **Plaintiff(s)** | CASE NUMBER: |
| v. | CV 04-05352 DDP (MANx) |
| LYNDA WALL | |
| | **WARRANT FOR ARREST** |
| **Defendant(s)** | |

TO:  UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest _____ LYNDA WALL _____

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☐ Indictment
☐ Information    ☒ Order of Court    ☐ Violation Petition        ☐ Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

Contempt of Court

in violation of Title _____ United States Code, Section(s) _____

| | |
|---|---|
| Sherri R. Carter | |
| NAME OF ISSUING OFFICER | |
| Clerk of Court | May 16, 2005  Los Angeles, California |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| | BY. Judge Dean D. Pregerson |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

| | |
|---|---|
| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**

CR-12 (07/04)                                                                                                PAGE 1 of 2

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CV 04-05352 DDP (MANx) |
| v. | |
| LYNDA WALL | |
| Defendant(s) | **WARRANT FOR ARREST** |

## ADDITIONAL DEFENDANT INFORMATION

| RACE | SEX | HEIGHT: | WEIGHT | HAIR | EYES: | OTHER· | |
|---|---|---|---|---|---|---|---|
| DATE OF BIRTH | | PLACE OF BIRTH: | | SOCIAL SECURITY NO | | DRIVER'S LICENSE NO | ISSUING STATE |
| ALIASES | | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS | | | | | |
| AUTO YEAR· | AUTO MAKE | AUTO MODEL· | | AUTO COLOR. | | AUTO LICENSE NO. | ISSUING STATE |
| LAST KNOWN RESIDENCE. | | | | LAST KNOWN EMPLOYMENT | | | |

FBI NUMBER:

ADDITIONAL INFORMATION

| INVESTIGATIVE AGENCY NAME | INVESTIGATIVE AGENCY ADDRESS· |
|---|---|

NOTES