✓ Priority
✓ Send
___ Clsd
✓ Enter
✓ JS-6
___ JS-2/JS-3
___ Scan Only

FILED
CLERK, U.S. DISTRICT COURT
SEP 28 2005
9-28-05
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 04-05352 DDP (MANx) |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| LYNDA WALL, | |
| Defendants. | |

ENTERED
CLERK, U.S. DISTRICT COURT
SEP 29 2005
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice.

The ARREST WARRANT ordered / issued on May 16, 2005 is WITHDRAWN.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: September 28, 2005

_____
DEAN D. PREGERSON
United States District Judge

# NOTICE PARTY SERVICE LIST

| Case No. | CV 04-05352DDP(MANx) | Case Title | UNITED STATES OF AMERICA -V- LYNDA WALL |
|---|---|---|---|

| Title of Document | ORDER OF DISMISSAL |
|---|---|

| | |
|---|---|
| | Atty Sttlmnt Officer |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/ C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| | Fiscal Section |
| | Intake Supervisor |
| | Interpreter Section |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |
| | Stratton, Maria - Federal Public Defender |

| | |
|---|---|
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| ✓ | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Santa Ana (USMED) |
| | US Marshal Service - Riverside (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

**ADD NEW NOTICE PARTY**
(* if sending by fax, mailing address must also be provided):

Name:_
Firm:_
Address(include suite or floor) :_

*E-Mail:_
*Fax No.:_

*For CIVIL cases only

**JUDGE / MAGISTRATE JUDGE (list below):**

Initials of Deputy Clerk _/ac_

G-75 (06/04)   NOTICE PARTY SERVICE LIST